**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

CHRISTOPHER J. COLE           5781-0
Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawaii  96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
ccole@marrjones.com

Attorney for Defendant
COSTCO WHOLESALE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PASTOR TIMOTHY WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant, | CIVIL NO. _____<br>(Other Civil Action)<br><br>DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF REMOVAL TO FEDERAL COURT; DECLARATION OF CHRISTOPHER J. COLE; EXHIBITS "A"-"D"; DECLARATION OF KRISTINA JUNG; CERTIFICATE OF SERVICE<br><br>Trial Date: None<br>Judge: The Honorable |

**DEFENDANT COSTCO WHOLESALE CORPORATION'S
<u>NOTICE OF REMOVAL TO FEDERAL COURT</u>**

TO THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF HAWAII:

1537486

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Costco Wholesale Corporation ("Defendant") hereby removes Civil No. 3CCV-23-0000392 from the Circuit Court of the Third Circuit, North and South Kona Division, State of Hawaii, to the United States District Court for the District of Hawaii. The grounds for removal are:

1. The instant action was commenced against Defendant by the filing of a Complaint in the Circuit Court of the Third Circuit, North and South Kona Division, State of Hawaii, identified as Civil No. 3CCV-23-0000392, *Pastor Timothy Williams vs. Costco Wholesale Corporation* on October 30, 2023 (hereinafter, the "Subject Lawsuit"). A true and correct copy of the Complaint and Summons filed in the Subject Lawsuit (the "Complaint"), is attached to the Declaration of Christopher J. Cole as Exhibit ("Ex.") A.

2. On November 3, 2023, Defendant was served the Complaint. Attached as Ex. B is a true and correct copy of the return of service served with the Complaint (Ex. A). No grounds for removal were evident in the Complaint.

3. On November 21, 2023, Defendant filed and served an Answer to the Complaint. A true and correct copy of the Answer to Complaint is attached to the Declaration of Christopher J. Cole as Ex. C.

4. Attached as Ex. D is a true and correct copy of the Plaintiff's "Request for Trial and Plaintiff's Facts and Evidence" (hereinafter, "Request for

Trial"), in the nature of a pretrial statement, filed and served on the Defendant in the Subject Lawsuit after the pleadings were closed on December 20, 2023.

5.  No other process, pleadings, and/or orders have been served upon Defendant by Plaintiff in the Subject Lawsuit.

6.  Defendant has a right to remove the case to this Court pursuant to 28 U.S.C. §§ 1331 and 1441 because Plaintiff alleges claims against Defendant that arise under federal law.  Specifically, the Request for Trial alleges, among other things, a violation of the Fourteenth Amendment to the United States Constitution.  *See* Ex. D, p. 6 of 8.  The Court has supplemental jurisdiction over all other claims, if any, asserted in the Complaint pursuant to 28 U.S.C. § 1367.

7.  Defendant also has a right to remove this action to this Court pursuant to 28 U.S.C. §§ 1332 and 1441 because there is diversity of citizenship between the parties.  As asserted by Plaintiff in the Complaint and in a document from another case attached to the Complaint, Plaintiff is and has been a resident and citizen of the State of Hawaii since he moved to the Big Island in 2016.  *See* Ex. A, pp. 2 of 24; 4, 9 of 24 (Ex. 1 to the Complaint).  Defendant is a corporation incorporated in Washington, having its principal place of business in the State of Washington.  *See* Declaration of Kristina Jung, attached hereto.  Accordingly, Defendant is a citizen of Washington, and is not a citizen of Hawaii.  Thus, there is complete diversity of citizenship among the parties to this lawsuit.

8. The matter in controversy in this lawsuit exceeds the $75,000 jurisdictional threshold set forth in 28 U.S.C. § 1332(a).

9. Specifically, Plaintiff prays in his Request for Trial for a total sum of at least $125,000 in total damages as of the date said paper was filed and served, to wit: "a free *2 ½ years* Costco membership since the date that Kona Costco wrongfully terminated the Plaintiff's many years of membership"; and "*$50,000 for every year* that the defendant violated my equal protection rights pursuant to the Fourteenth Amendment of the United States Constitution"). *See* Ex. D, p. 6 of 8. As such, the amount in controversy, exclusive of costs and interest, exceeds $75,000.

10. Although the pleadings were closed before Plaintiff filed his Request for Trial (Ex. D), the Plaintiff's original Complaint (Ex. A) did not state the legal basis for his claims, or any prayer for relief at all, much less one that would identify the amount in controversy. Plaintiff's Request for Trial informed the Defendant *for the first time* of the asserted federal legal basis for his claims in this case (United States Constitution) *and* the amount in controversy ($125,000+). Thus, the Plaintiff's Request for Trial qualifies as an "other paper from which it may be ascertained that the case is one which is or has become removable" within the meaning of 28 U.S.C. 1446(b)(3), and this Notice of Removal is timely. *Harris v. Bankers Life & Cas. Co.*, 425 F.3d 689, 697-8 (9th Cir. 2005).

11. No further proceedings have been had, and thirty days have not yet elapsed since the Subject Lawsuit became removable to this Court.

12. Venue is proper in the District of Hawaii pursuant to 28 U.S.C. § 1391 inasmuch as the events giving rise to the Subject Lawsuit allegedly occurred in the District of Hawaii. *See* Ex. A; Ex. D.

13. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to Plaintiff, and a copy of the Notice of Removal will be filed with the Clerk of the First Circuit Court, State of Hawaii.

14. By filing this Notice of Removal, Defendant waives no defenses to the Complaint.

WHEREFORE, Defendant respectfully requests that this action be duly removed to this Court and that it proceed herein.

DATED: Honolulu, Hawaii, January 19, 2024.

*/s/ Christopher J. Cole*
CHRISTOPHER J. COLE

Attorney for Defendant
COSTCO WHOLESALE
CORPORATION