Complaint
Declaration; Exhibit(s); Summons

| | |
|---|---|
| **IN THE HAWAII STATE JUDICIARY THIRD CIRCUIT COURT NORTH AND SOUTH KONA** | Electronically Filed THIRD CIRCUIT 3CCV-23-0000392 30-OCT-2023 11:10 AM Dkt. 1 CMPS |
| Plaintiff(s) PASTOR TIMOTHY WILLIAMS | Case No. _____ |
| Defendant(s) Costco Wholesale Corporation | |

## COMPLAINT

On October 26, 2023, at approximately 1:00 p.m., before the honorable Judge Jill Hasegawa, in the South Kohala Courtroom A, under case number 3DSC-23-0000009, during the continuance of my civil trial against Kona Costco Wholesale Corporation, Judge Hasegawa ruled, "I did not have the power to reinstate your wrongfully terminated Kona Costco membership being this is a Small Claims Court that you filed in and if you agree to continue with the trial today, I cannot grant you the relief that you have asked for in your Small Claims Complaint. The Third Circuit Court does have the power to hear all the evidence and make such a ruling against Kona Costco to reinstate your many years of membership. However, I can dismiss your Complaint without prejudice today and you can refile your Complaint in the Third Circuit Court, however I am going to make a separate ruling in this matter to dismiss with prejudice that you cannot ask the court for punitive damages when you refile your Complaint against Kona Costco Wholesale Corporation."

A year ago when I filed my Complaint against Kona Costco under case number 3DSC-23-0000009, the Costco attorney Christopher J. Cole, asked the honorable Judge Joanna E. Sokolow, to dismiss my Complaint. However, Judge Sokolow ruled that the Small Claims Division of the District Court of the Third Circuit North and South KONA Division does in fact have jurisdiction over this matter and venue is proper. Also, on June 28, 2023, at 8:30 a.m., when my civil trial began, judge Kimberly B. M. Taniyama ruled the same after she heard my first three witnesses testify under oath on the witness stand and recused herself after my four witness

Page 1 of 24

EXHIBIT A

RECEIVED OCT 3 0 2023

retired police officer Joseph Feliciano was sworn in.

The remaining of my witnesses; namely, Scott Unger owner of Alii Gas Inc., Andy Johnson owner of Andy's Cafe, drove to Judge Hasegawa courtroom in Waimea where judge Taniyama ordered the trial to continue back on June 28, 2023. Police officer Joseph Feliciano was out of town yesterday on October 26, 2023 during the continuance of my civil trial.

However, I had filed a Subpoena with the Court for Police Major Thomas Shopay, to testify at my civil trial on my behalf, and today at 10:00 a.m., I the Plaintiff, Pastor Williams, spoke with Police Major Shopay at the Hawaii Police Dept., who received the said Subpoena today on October 27, 2023, a day late after the said trial yesterday. However, I notified Major Shopay that I shall file my factual Complaint in the Third Circuit Court as I was informed to do by Judge Hasegawa and Major Shopay stated, "Pastor Williams next time when you send me a Subpoena, make sure to send the Subpoena through the Police Records Dept., in order for me to receive it in time for your court hearing." I replied, "Yes, sir! Thank you."

I, Pastor Timothy Williams, began shopping at Kona Costco Wholesale in 2016, when I moved to the Big Island to care for my elderly mother Judy who is 75 years old. Every other Sunday after Christian Church service at Saint Michael's in Kona, both my mom Judy and I would go shopping at Costco after Church. In 2021, I was married to the former MISS. Aloha Hawaii Brandy Shibuya, earlier that year I caught my wife Brandy having sex with another man and I filed for divorce. My wife Brandy was arrested for physically assaulting me, Pastor Williams, and she shot four bullets from a handgun into the side of my parked car. I later learned that Brandy coerced her female family member to say I supposedly asked her out to dinner while exiting Costco with my mom Judy on July 13, 2021. This is untrue. The Kona Costco manager Lianne Shimaoka-Lopez, terminated my many years of membership due to this lie.

I had immediately filed a Complaint to the Human Rights Commission who determined that there was not enough evidence for them to make a fair ruling in the matter and if any new evidence arose that I should file a factual Complaint with the Court. In March 2022, my now ex-wife Brandy Shibuya saw me and my mom Judy shopping in Kona Safeway and Brandy started yelling and laughing that she got my Costco membership canceled. I filed a factual

Compliant in the Small Claims Kona Court against Kona Costco Wholesale as stated above. Costco's manager Lianne Shimaoka-Lopez hired attorney Christopher J. Cole to represent Kona Costco. (Please notice the Costco female worker from July 13, 2021, who first FALSELY claimed that I supposedly asked her out to dinner has refused to come to court and testify under oath on the witness stand at both above mentioned trials on June 28, 2023 and October 26, 2023.

However, the Costco manager Lianne Shimaoka-Lopez, coerced three other female workers that I have not seen before to write FALSE statements about me supposedly asking them out to dinner during the time that I was married to Brandy in 2021. I mean absolutely no disrespect, but the three workers who wrote FALSE statements about me are unattractive looking women. I am known for dating beautiful looking women which I have no history of ever harassing a woman.

Please see attached exhibits.

## DECLARATION

I have read this Complaint, know the contents and verified that the statements are true to my personal knowledge and belief. **I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT.**

Thank you kindly!

Dated:  October 27, 2023.                      Kona, Hawaii.

Sincerely, *Pastor Timothy Williams,* Plaintiff

**Pastor Timothy Williams**                     Pro Se
**CROSSING THE STREET TO JESUS**
75-6016 Alii Drive #112
Kailua-Kona, HI 96740

Pastor Timothy Williams
**CROSSING THE STREET TO JESUS**
75-6016 Alii Drive #112
Kailua-Kona, HI 96740

Pro Se

Exhibit 1

Electronically Filed
THIRD CIRCUIT
3DSC-23-0000009
10-OCT-2023
12:15 PM
Dkt. 75 DOC

IN THE SMALL CLAIMS DIVISION OF THE

DISTRICT COURT OF THE THIRD CIRCUIT

NORTH AND SOUTH KONA DIVISION

STATE OF HAWAII

PASTOR TIMOTHY WILLIAMS,      )      CIVIL NO. 3DSC-23-0000009
              Plaintiff,      )
                    )      **PLAINTIFF'S AMENDED PRE-TRIAL**
  vs.      )      **STATEMENT AND OBJECTION TO**
                    )      **DEFENDANT'S CONTINUATION OF**
COSTCO WHOLESALE CORPORATION, )      **TRIAL**
                    )      **CERTIFICATE OF SERVICE**
        Defendant.      )
_____)

**Continued Trial:**
Date:    October 26, 2023
Time:    1:00 p.m.
Judge:  Honorable Jill Hasegawa

**PLAINTIFF'S PASTOR TIMOTHY WILLIAMS' AMENDED PRE-TRIAL**
**STATEMENT AND OBJECTION TO DEFENDANT'S CONTINUATION OF TRIAL**

        Come now, Plaintiff Pastor Timothy Williams, humbly submits its amended

Pre-Trial Statement and objection to the defendant's continuation of trial as follows.

**I.**    **THEORY OF CASE AND STATEMENT OF FACTS**

        I, the Plaintiff Pastor Timothy Williams became a resident of the Big Island in

2016, not a short time as the defendant's attorney Christopher J. Cole is attempting to

deceive this court. On October 29, 2016, I, Pastor Williams was invited by former Hilo

Mayor Billy Kenoi to the Red Ribbon Cutting Ceremony of the newly built Pahoa Park.

(Please see attached photo taken after the ceremony of me, Pastor Williams and former

Page 1 of 20

Page 4 of 24

I hereby certify that this is a full, true
and correct copy of the original on file in
this office.

R. VAN LAAR

Clerk, District Court of the Third Circuit
State of Hawaii

mayor Billy Kenoi). The Plaintiff objects to the defendant's continuation of trial which was already postponed for five months due the defendant's attorney claiming he had other matters on his calendar. Defendant now has absolutely no reasonable grounds for a continuation of trial. Nor did the defendant's amended Pretrial Statement cite any reasonable grounds for a continuation of trial. Other than attorney Cole seems to think that he can bully the Plaintiff by manipulating the court in this matter due to the Plaintiff not being an attorney. For that reason I the Plaintiff have beseech the legal representation of attorney Eric A. Seitz. The Plaintiff informed attorney Joseph T. Rosenbaum, who represented me in the FALSE police report by Ellen Joy Bangawan Dy, a worker at Hilo Bayada Home Health Care which is not a retail store as attorney Cole, lied to the court. Both Police Major Thomas Shopay and Orange County Police Chief Dan Adams honesty and integrity brought the FALSE police report to the Light. Attorney Rosenbaum told me that attorney Christopher J. Cole is known for being a dishonest and cheating attorney.

I, Pastor Williams was instructed by the Hawaii Civil Rights Commission (HCRC) that if I got any additional evidence that pertained to Kona Costco Wholesale wrongfully canceling my membership, I should file a factual civil lawsuit in the court against Costco, because (HCRC) said that it's hard for them to give a fair ruling in this matter.

I, Pastor Williams, contacted the Hawaii Police Dept. which I am willing to pay the $500.00 dollars fee for a police administrated polygraph test, which shall show that at no time have I ever asked a Costco female employee out on a date, or for their phone number. Nor did I ever tell the Costco manager Randall Lockwood that I was "only joking." On July 13, 2021, while I and my elderly mother Judy were sitting in the Costco food cart eating a pizza, manager Lockwood approached Us and asked me, "Did you ask the worker at the exit door out to dinner?" I immediately said, "No, I said have a

delicious dinner." A statement that I am well known for telling people. My mom Judy spoke up and said, "He didn't ask her out to dinner, he said have a delicious dinner." The manager Lockwood said, "You are a big man and you look intimidating." I replied, "I look intimidating because I am African American, man you sound racist and I am filing a complaint against Costco." I would like to reiterate the Police polygraph test shall prove that at no time did I admit to asking female workers out for dinner or for their phone number and attorney Cole continues to falsely use the words "sexual harassment" in this fabricated matter, which attorney Rosenbaum told me that attorney Cole knows this is no "sexual harassment" even though I have not asked a Costco worker out on a date.

I, Pastor Williams, am not a novice, for thirty-three years I have been an ordained Christian Pastor, and the Holy Bible teaches, "Let no man mess off your good name." Therefore, I am willing to pay the $500.00 fee for the Police to administrate a polygraph test to Costco manager Randall Lockwood which shall prove that he fabricated his statements about me supposedly admitting to him that I asked a Costco employee out to dinner and supposedly I was only joking.

I, Pastor Williams was married to my wife Brandy Shibuya from August 2020 until November 2, 2022. I caught my wife Brandy having sex with another man and I immediately filed for divorce. As a God fearing Christian Pastor, at no time while I was trying to make my marriage work did I ever look at another woman. When I and Brandy separated in December 2020, I filed for divorce. A woman named Marissa Ehrenlechner, an employee of the Hawaii Police Dept. for the past twenty-six years, became my friend because she told me that she too caught her husband having sex with another woman. For two years Marissa stayed by my side throughout my divorce. At one time Marissa and I talked about marrying each other once my divorce was final. At first, Marissa's two teenage sons Brody and Logan enjoyed participating in my Hawaii based corporation for

children called, "Golden Gloves Education Is Worth The Fight" where we encourage students to take their education seriously. It wasn't until Marissa's ex-husband a man from Germany saw how much fun the boys were having being around me that he told the boys that black people are no good "niggers" and they could no longer be around me. Marissa was a witness that her 17 year old son Logan intentionally kicked my couch several times and broke it. I called the Police and reported what Logan did by destroying my furniture and officer Hammons asked me if I wanted to press charges against Logan and he would drive to Logan's father's house and arrest Logan? Marissa was standing next to me at the Pahoa Police Station and I replied, "No, officer Hammons, I don't want Logan arrested because he told me that his dad told him to do it." (This is the HPD Report number regarding the crime that Logan committed, HPD Report # 22-025743).

In February 2022, Marissa's ex-husband filed a fabricated TRO against me which he refused to testify against me himself, but he forced the two boys to lie about me supposedly being mean. This matter is irrelevant to my Costco civil lawsuit. However, the defendant's attorney seems to think that other judges will have a bias against me by mentioning irrelevant matters in this lawsuit against Costco. Another matter that is irrelevant, this attorney Cole continues to lie in his amended Pretrial Statement by falsely claiming that the medical office called, "Bayada Home Health Care" is supposedly a retail store, which it is not. I and my elderly mom Judy as law abiding citizens have the right to go to the "Bayada Home Health Care" and inquire about their services. A FALSE police report was made by one of the Bayada Home Health Care workers which got dismissed due to the honesty and integrity of Police Major Shopay and attorney Joseph Rosenbuam.

Defendant's attorney Cole continues to use the inappropriate words of "sexual harassment," even though the Police ploygraph shall clearly show that at no time did I,

Pastor Timothy Williams ever approached a Costco female employee and asked them out on a date, nor have I ever asked anyone for their phone number. Questions that are asked when someone is interested in another. Costco admits that there is absolutely no video footage of me, Pastor Williams ever doing anything improper while shopping. Attorney Ivan Van Leer told me, "Pastor Williams, certain people here on the Big Island don't like you because you suffered from a mental disease, despite you taking medication to cope with that mental disease." I replied, "If a person has breast cancer, does others hate them for that "disease"? But, you're telling me that people dislike me due to a "mental disease." Those haters can go to hell.

Lastly, it was brought to my attention that the defendant's attorney Cole suggested to the Costco employees who wrote fabricated letters against me, Pastor Williams that supposedly they can get on the witness stand and lie in this matter under oath because the State of Hawaii does not take the penalty of perjury seriously, *(§ 710-1060 - Perjury, Hawaii Revised Statute and Penalty for false evidence, Haw. Rev. Stat. § 40-95; California Penal Code § 118 PC defines the crime of perjury as when a person deliberately gives false testimony while under oath. A conviction is a felony punishable by probation, fines, and up to 4 years in jail or prison).*

Defendant's attorney Christopher J. Cole in his amended Pretrial Statement on Page 4, states, "In the short time since he moved to the Big Island, Plaintiff garnered a long and checkered history of civil and criminal harassment complaints filed by and against him reflecting a pattern of behavior marked by bullying, vexatious litigation, harassment, and frivolous accusation of racism when called to account for his acts."

The Living God said in the Holy Bible, "A tree cannot produce bad fruit, nor can a bad tree produce good fruit," (MATTHEW, 7:18). Opinions have no evidence, such as attorney Cole's opinion of me, the Plaintiff Pastor Williams. However, facts are supported

by its evidence: Given the years of 2016, 2017, 2018, 2019, 2020, 2021, 2022 and 2023 coming to an end, totaling eight (8) years, who in their right mind would put in their amended Pretrial Statement "the Plaintiff moved to the Big Island a short time ago."

Another fact supported by evidence, I, Pastor Timothy Williams, met with the Hawaii Department of Commerce and Consumer Affairs in 2016, which once they received my "Good Standing" documents from the State of Louisiana, they registered my Corporation Golden Gloves Education Is Worth The Fight, here in the State of Hawaii; which in 2017 and 2018 several Kona Police officers commended me, Pastor Williams for teaching boys how to protect themselves from being bullied. Now, at age 57, this attorney Cole suggests that I am a bully. How ridiculous.

Over the past eight (8) years that I have lived on the Big Island, I have filed two civil suits and won both, I have been harassed and I continue to do the law abiding thing by filing a factual TRO. Things that were filed against me were meritless and fictitious which came to nothing in the interest of justice. My positive program Golden Gloves Education has a Anti-bullying rule, which I, Pastor Timothy Williams have been featured in the Big Island Newspapers in 2017, 2018, 2019, 2020, 2021, 2022, six (6) Straight years, (See attached Big Island Newspapers).

Accordingly, Plaintiff, Pastor Timothy Williams respectfully asks the court to enter a judgment in Plaintiff's favor, and against Kona Costco, with appropriate findings of fact and conclusions of law, that: (1) Costco acted unlawfully in 2021 canceling Plaintiff's membership given the fact that prior to the Plaintiff marrying Brandy Shibuya, the Plaintiff spent five years shopping at Kona Costco and there were no such accusations; and (2) Plaintiff be awarded racial profiling, punitive damages, mental

anguish due to the Plaintiff being on disability, and the past three (3) years membership

cancellation by Costco has caused the Plaintiff's condition to get worse, and its

reasonable costs of suit.

## II.     **EXPERT WITNESSES**

    1.    Police Major Thomas Shopay
            Hawaii Police Department
            349 Kapiolani Street
            Hilo, Hawaii 96720

Police Major Shopay is expected to testify as to all relevant matters,
including but not limited to Costco's racial profiling, harassment, and all related matters
to Plaintiff's ex-wife Brandy Shibuya and her friends filing false police reports and
fabricating allegations against me, Pastor Timothy Williams, at no time have he ever
witnessed me being intimidating and/or aggressive .

    2.    Scott Unger, Owner of Alii Gas Inc
            77-6366 Kenika Place
            Kailua-Kona, Hawaii 96740

Scott Unger is expected to testify as to all relevant matters,
including but not limited to Costco's racial profiling, harassment, and all related matters
to Plaintiff's ex-wife Brandy Shibuya and her friends filing false police reports and
fabricating allegations against me, Pastor Timothy Williams, at no time have he ever
witnessed me being intimidating and/or aggressive.

    3.   Joseph Feliciano, retired Police Big Island
           805 b Kauhiula Rd
           Hilo, Hawaii 96720

Joseph Feliciano is expected to testify as to all relevant matters,
including but not limited to Costco's racial profiling, harassment, and all related matters
to Plaintiff's ex-wife Brandy Shibuya and her friends filing false police reports and
fabricating allegations against me, Pastor Timothy Williams, at no time have he ever
witnessed me being intimidating and/or aggressive.

4.  Andy Johnson, Owner of Andy's Cafe
    75-5771 Alii Drive
    Kailua-Kona, Hawaii 96740

Andy Johnson is expected to testify as to all relevant matters,
including but not limited to Costco's racial profiling, harassment, and all related matters
to Plaintiff's ex-wife Brandy Shibuya and her friends filing false police reports and
fabricating allegations against me, Pastor Timothy Williams, at no time have he ever
witnessed me being intimidating and/or aggressive.

5.  Marissa Ehrenlechner
    11-3222 Palauni Avenue
    Mt. View, Hawaii 96771

Marissa Ehrenlechren is expected to testify as to all relevant matters, including
but not limited to Costco's racial profiling, harassment, and all related matters
to Plaintiff's ex-wife Brandy Shibuya and her friends filing false police reports and
fabricating allegations against me, Pastor Timothy Williams, at no time have he ever
witnessed me being intimidating and/or aggressive.

Such witnesses, when called, would be expected to testify to all relevant
matters, including but not limited to interactions with Costco's defendants, their statements,
conduct, and Costco avoided contacting the Police due to Costco being fully aware that the
allegation against the Plaintiff are 100% Percent FABRICATED, and all related matters, and/or
in rebuttal or impeachment.

Plaintiff and his attorney Eric A. Seitz reserves the right to submit
supplemental, impeachment or rebuttal exhibits.

III.   **NON-EXPERT WITNESS**

6.  Lianne Shimaoka-Lopez, Costco General Manager
    1003 Bishop Street, Suite 1500
    Honolulu, HI 96813

Cross-examine Costco employees regarding all matters pertaining
to this case, including her prior conduct and statements.

7.  Randall Lockwood, Costco manager
    1003 Bishop Street, Suite 1500
    Honolulu, HI 96813

Cross-examine Costco employees regarding all matters pertaining to this case, including his prior conduct and statements.

8.  Doris Eschun-Chaloupka, Costco cashier
    1003 Bishop Street, Suite 1500
    Honolulu, HI 96813

Cross-examine Costco employees regarding all matters pertaining to this case, including her prior conduct and statements.

Plaintiff respectfully requests that the court in the continued trial make appropriate Orders to expedite proceedings in a cost-effective, just and speedy manner and, in particular, make all Orders sufficient and necessary to reserve adequate time for Plaintiff's presentation of its case and calling of its witnesses to testify in support of Plaintiff's case within the time allotted completing the trial in this case on the appointed trial date of October 26, 2023. Thank you kindly, honorable Judge Jill Hasegawa.

DATED        Kona, Hawaii, October 6, 2023

Pastor Timothy Williams
*Pastor Timothy Williams*

page 9 of 20

Page 12 of 24

Pastor Timothy Williams
**CROSSING THE STREET TO JESUS**
75-6016 Alii Drive #112
Kailua-Kona, HI 96740

Pro Se

IN THE SMALL CLAIMS DIVISION OF THE

DISTRICT COURT OF THE THIRD CIRCUIT

NORTH AND SOUTH KONA DIVISION

STATE OF HAWAII

| | | |
|---|---|---|
| PASTOR TIMOTHY WILLIAMS, | ) | CIVIL NO. 3DSC-23-0000009 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| COSTCO WHOLESALE CORPORATION, | ) | |
| Defendant. | ) | |
| | ) | |

<u>**CERTIFICATE OF SERVICE**</u>

      The undersigned hereby certifies that a true and correct copy of the PLAINTIFF'S AMENDED PRE-TRIAL STATEMENT was duly served on the following party by certified mail and depositing at the Kona United States Post Office, certified mail, postage prepaid, addressed as follows:

attorney Christopher J. Cole
Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawaii 96813

And Lianne Shimaoka-Lopez, general manager of Kona Costco Wholesale Corporation, % Marr Jones & Wang LLP, 1003 Bishop Street, Suite 1500 Honolulu, Hawaii 96813, Randall Lockwood, % Marr Jones & Wang LLP, 1003 Bishop Street, Suite 1500 Honolulu, Hawaii 96813, Doris Eschun-Chaloupka, % Marr Jones & Wang LLP, 1003 Bishop Street, Suite 1500 Honolulu, Hawaii 96813. Defendants and their attorney.

      DATED:      October 6, 2023

*Pastor Timothy Williams,* "JESUS IS LORD, FOREVERMORE!

Page 10 of 20
Page 13 of 24



Hawaii Mayor Billy Kenoi and Pastor Timothy

Page 14 of 24



Tribune Herald

Community

# Education messengers deliver one-two punch

May 5, 2017





What do Spider-Man, a fire chief, doctor and Burger King employee have in common? ADVERTISING What do Spider-Man, a fire chief, doctor and Burger King employee have in common? All were on hand at a motivational presentation Friday, encouraging



## West Hawaii Today

 awaii News

# lessage with a punch: Golden Gloves onprofit urges Kona kids to fight for ducation

lizabeth Pitts West Hawaii Today epitts@westhawaiitoday.com · Friday, August 31, 2018 · 2:05 a.m





# West Hawaii Today



# Message with a punch: Golden Gloves nonprofit urges Kona kids to fight for education

Elizabeth Pitts West Hawaii Today epitts@westhawaiitoday.com | Friday, August 31, 2018, 12:05 a.m.

Share this story   



# West Hawaii Today

News

# awarded to Kona college studer
# enning essay

sen West Hawaii Today cjensen@westhawaiitoday.com   Sunday May 5, 2019  4:05 a.m.





Page 15 of 20



## West Hawaii Today



# Kona girl, 8, sets eyes on Olympic gold medal in boxing

By Laura Ruminski West Hawaii Today lruminski@westhawaiitoday.com | Sunday, March 21, 2021, 12:05 a.m.

Share this story   



Page 16 of 20

Page 19 of 24

Page 20 of 24

# 2022 Hilo, HI

## 12-year-old Hilo boy wins Golden Gloves EDU Scholarship Award



December 9, 2021
6:33 PM



# 2016 Baton Rouge, LA



### EDUCATION IS WORTH THE FIGHT

Golden Gloves–Education is Worth the Fight is a nonprofit that visits local schools to encourage today's youth to "put the gloves on" and fight for their education. President Timothy Williams recently visited Greenbrier Elementary to give a motivational speech to encourage the students to stand up and fight for their education as well as discuss the importance of having a good education. The school was also enrolled into Pizza Hut's Book It program. For every book that is read by a student, the student is awarded a free pizza from Pizza Hut. "With Golden Gloves, I hope to inspire children to fight for their education and to take their education seriously," says Williams

## June 2016 - Baton Rouge Parents Magazine

Page 22 of 24

# une 2016 - Baton Rouge Parents Magazine

6



ʃe 2016 - Baton Rouge Parents Magazine. Click on "Visit Website" to read this issue online.

**WITNESS 1**

REDACTED

UNKNOWN DATE –

MEMBER APPROACHES ME AT THE EXIT DOOR, SAYS THAT HE WOULD LIKE TO TAKE ME OUT TO DINNER. I SAY THAT I CAN'T. HE SAYS, "I'LL KEEP ASKING UNTIL YOU SAY YES." I STARTED TO GET NERVOUS AND UNCOMFORTABLE AS HE STARTED TO LINGER AT THE DOOR AND I CHUCKLED. HE GOT SERIOUS AND ASKED, "WHY ARE YOU LAUGHING?" I STARTED TO GET MORE NERVOUS AND UNCOMFORTABLE SO I MOVED AWAY FROM HIM SLIGHTLY AND CONTINUED TO WORK UNTIL HE LEFT.

07/13/2021 –

SECOND TIME, HE APPROACHES ME AT THE EXIT DOOR AND ASKS IF I REMEMBER HIM. I TRIED TO ANSWER BUT HE SAYS THAT HE WOULD LIKE TO TAKE ME OUT TO DINNER STILL. I SAID, "NO, I –" AND HE CUTS ME OFF. SAYS THAT HIS MOM TOLD HIM TO KEEP TRYING AND DON'T STOP. HE POINTS HIS MOM OUT, WHO WAS PUSHING THE CART. I TOLD HER HELLO, BUT SHE DIDN'T REPLY. MEMBER ASKS IF I HAVE A GOOD MEMORY AND STARTS GIVING (SAYING) A PHONE NUMBER. MEMBER THEN LEAVES. I ASSUMED THEY LEFT THE PREMISES BUT A FEW MINUTES SINCE THE ENCOUNTER, I NOTICED THE MEMBER AND HIS MOTHER SITTING AT THE FOOD COURT TABLE OUTSIDE THE EXIT DOORS. HIS PRESENCE WAS MAKING ME EXTREMELY UNCOMFORTABLE SO I LEFT THE DOOR AND SPOKE TO MANAGERS.

DESCRIPTION:

EARLY 50'S? DARK SKIN. ABOUT 5'8". MUSCULAR / BROAD SHOULDERS VERY INTIMIDATING / AGGRESSIVE ATTITUDE

**Exhibit C**

| **STATE OF HAWAIʻI**<br>CIRCUIT COURT OF THE<br>THIRD CIRCUIT | **SUMMONS**<br>TO ANSWER CIVIL COMPLAINT | CASE NUMBER |
|---|---|---|

| PLAINTIFF                          VS. | DEFENDANT |
|---|---|
| *Pastor Timothy Williams* | *Costco Wholesale Corporation* |

**PLAINTIFF'S ADDRESS AND TELEPHONE NUMBER**

*75-6016 Alii Drive #112*

*Kailua Kona, Hawaii 96740*

*808.313.2422*

**TO THE ABOVE NAMED DEFENDANT(S)**

You are hereby summoned and required to file with the court and serve upon
*Pastor Timothy Williams*
plaintiff's attorney, whose address is
*75-6016 Alii Drive #112, Kailua Kona, HI 96740*
an answer to the complaint which is herewith served upon you, within 20 days after service of
this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint.

THIS SUMMONS SHALL NOT BE PERSONALLY DELIVERED BETWEEN 10:00 P.M.
AND 6:00 A.M. ON PREMISES NOT OPEN TO THE GENERAL PUBLIC, UNLESS A
JUDGE OF THE ABOVE-ENTITLED COURT PERMITS, IN WRITING ON THIS
SUMMONS, PERSONAL DELIVERY DURING THOSE HOURS.

A FAILURE TO OBEY THIS SUMMONS MAY RESULT IN AN ENTRY OF DEFAULT
AND DEFAULT JUDGMENT AGAINST THE DISOBEYING PERSON OR PARTY.

| DATE ISSUED | CLERK | |
|---|---|---|
| OCT 3 0 2023 | *Shelley Mandaguit* | |
| I do hereby certify that this is a full, true, and<br>correct copy of the original on file in this office. | CIRCUIT COURT CLERK | |

In accordance with the Americans with Disabilities Act and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the Circuit Court Administration Office at PHONE NO. 961-7440, FAX 961-7416, or TTY 961-7525 at least ten (10) working days prior to your hearing or appointment date.

Reprographics (11/11)

SUMMONS TO ANSWER CIVIL COMPLAINT   3C-E-163